15544.   VIRGINIA-CAROLINA CHEMICAL CO. *v.* FLOYD.

BELL, J.  Under the instructions received by this court from the Supreme Court in answer to questions certified (159 *Ga.* 311, 126 S. E. 378), there is no error in the judgment excepted to.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED FEBRUARY 12, 1925.

Levy and claim; from Randolph superior court—Judge Yeomans. March 7, 1924.

Application for certiorari was denied by the Supreme Court.

*James W. Harris, Pope & Bennet,* for plaintiff.

*H. A. Wilkinson,* contra.